United States District Court
Southern District of Texas
**ENTERED**
May 14, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSA CASAREZ, ET AL.,<br>　　Plaintiff,<br><br>v.<br><br>CONTINENTAL SERVICE GROUP, INC.,<br>ET AL.,<br>　　Defendants. | §<br>§<br>§<br>§  Civil Action No. B: 18-cv-2<br>§<br>§<br>§<br>§ |

## ORDER

On May 9, 2018, the Plaintiff filed a notice of voluntary dismissal with prejudice. Dkt. No. 7.

The Clerk's Office is **ORDERED** to close this case. Each party shall bear its own fees and costs. This is a final and appealable order, disposing of all claims made against all parties.

DONE at Brownsville, Texas, on May 14, 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Andrew S. Hanen
　　　　　　　　　　　　　　　　　　　United States District Judge